**Order entered May 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01049-CV**

**LESKEL NICHOLS, Appellant**

**V.**

**PROGRESSIVE INSURANCE COMPANY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00690**

**ORDER**

Before the Court is appellant's May 5, 2021 unopposed first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 4, 2021.

/s/    KEN MOLBERG
        JUSTICE